UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ALICIEA ALILA,

Plaintiff,

v.

BATH & BODY WORKS, LLC,

Defendant.
---------------------------------------------------------X

**<u>ORDER</u>**

26-cv-08417 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case. (Doc. 17). Accordingly, it is hereby **ORDERED** that the parties shall file, by **<u>December 18, 2026</u>**, either: (i) a joint *Cheeks* submission and fully executed proposed settlement agreement, or (ii) a Proposed Judgment pursuant to Federal Rule of Civil Procedure 68. *See Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019).

Any pending motions and letter motions are DISMISSED as moot, and all conferences are CANCELED.

**SO ORDERED:**

Dated: White Plains, New York
November 5, 2026

_______________________________
PHILIP M. HALPERN
United States District Judge